DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ  85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| AGUILERA, RUBEN | ) | Case No. 2-08-BK-18359-RTB |
| AGUILERA, CHRIS L., | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

NOTICE IS GIVEN that <u>DAVID M. REAVES</u>, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate: Timeshare at Scottsdale Camelback Resort.

Any person opposing the abandonment shall file a written objection and request for a hearing within 20 days of the date of mailing of this notice.  The date can be obtained by a review of the court docket.  The objection shall be filed with Clerk of the U.S. Bankruptcy Court, 230 N. First Ave., Ste. 101, Phoenix, AZ  85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE:    <u>DAVID M. REAVES, P.O. Box 44320, Phoenix, AZ  85064</u>

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

*11/6/09*                                                  */s/ David M. Reaves*
Date                                                          David M. Reaves, Trustee