REAVES LAW GROUP
A PROFESSIONAL CORPORATION
2999 North 44th Street, Suite 600
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves
State Bar No. 011677

Misty E. Weniger
State Bar No. 027222

Attorneys for David M. Reaves,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>AGUILERA, RUBEN and<br>AGUILERA, CHRIS,<br><br>        Debtors. | Case No. 2:08-bk-18359-RTB<br><br>Chapter 7<br><br>**NOTICE OF FILING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DEBTORS** |

**NOTICE IS HEREBY GIVEN** that Reaves Law Group, attorneys for the Chapter 7 trustee, David M. Reaves ("Trustee"), has filed a Motion to Approve Settlement Agreement with Debtors. The Motion to Approve Settlement Agreement calls for the payment of the sum of $12,000.00 by Debtors to the Trustee, on behalf of this bankruptcy estate, in return for the release of any claims or interests held by this estate in: (i) a note payable from Wendy Gomez in the approximate amount of $508.00 per month, (ii) royalty payments being received by Chris Aguilera from Vintage Petroleum, LLC, in the approximate amount of $800.00 per month, (iii) the estate's interest in the Debtors' business, Wellness Today Medical Clinic, Inc., and (iv) preference claims against the Debtors' nephew, Stephen Aguilera.

A copy of the Motion is on file with the Clerk of the United States Bankruptcy Court, 230 N. First Avenue, (1st Floor), Phoenix, Arizona, can be obtained upon request from: Reaves Law Group, 2999 North 44th Street, Suite 600, Phoenix, Arizona 85018.

**NOTICE IS FURTHER GIVEN** that pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 2002, if no written objection is filed with the Court and a copy served upon counsel for Trustee, at the address listed above, **WITHIN TWENTY (20) DAYS** of service of the Motion and/or Notice of Filing Motion, the Motion may be granted without hearing.

If a party in interest timely objects to the Motion, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. Only those objecting and parties in interest will receive notice of hearing on the objections.

DATED this 25th day of November, 2009.

REAVES LAW GROUP

By: /s/ David M. Reaves
David M. Reaves
Misty E. Weniger
Attorneys for Trustee